IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ROBERT EUGENE SIMMONS, JR., | * |
| Plaintiff, | * |
| v. | Case No. 7:23-CV-54 (HL-TQL) |
| | * |
| LOWNDES COUNTY SHERIFF'S OFFICE, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 3, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 3rd day of October, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk